## MILLER & PAINE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 11959.

Circuit Court of Appeals, Eighth Circuit.

Dec. 14, 1942.

Louis A. Spiess, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to Review decision of Board of Tax Appeals dismissed, on motion of petitioner and consent of respondent, without taxation of costs in favor of either of the parties in this Court.

## NATIONAL LABOR RELATIONS BOARD v. ATLAS MILLING COMPANY.

No. 2679.

Circuit Court of Appeals, Tenth Circuit.

Jan. 12, 1943.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

A. C. Wallace, of Miami, Okl., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree, enforcing order of the Board, was entered pursuant to stipulation of the parties.

## NATIONAL LABOR RELATIONS BOARD v. EVANS–WALLOWER ZINC, Inc.

No. 2658.

Circuit Court of Appeals, Tenth Circuit.

Dec. 10, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

A. C. Wallace, of Miami, Okl., for respondents.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree, enforcing the order of the Board, was entered pursuant to stipulation of the parties.

## NATIONAL LABOR RELATIONS BOARD v. GATES RUBBER COMPANY.

No. 2627.

Circuit Court of Appeals, Tenth Circuit.

Dec. 11, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Wilbur F. Denious, of Denver, Colo., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition to enforce dismissed per stipulation of the parties.